**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BARBARA KARANT and KARANT + ASSOCIATES, INC.,<br>Plaintiffs,<br>v.<br>MICKALENE THOMAS, MICKALENE THOMAS LLC, LÉVY GORVY DAYAN LLC, YANCEY RICHARDSON LLC, K R J S CORPORATION, d/b/a KAVI GUPTA GALLERY, and GALERIE NATHALIE OBADIA,<br>Defendants. | Case No. 1:26-cv-06130 TMD |

**MOTION FOR FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b) AGAINST K R J S CORPORATION D/B/A KAVI GUPTA GALLERY**

Plaintiffs Barbara Karant and Karant + Associates ("Plaintiffs") move the Court for a Final Judgment against Defendant K R J S Corporation d/b/a Kavi Gupta Gallery ("Kavi Gupta") pursuant to Federal Rule of Civil Procedure 55(b). In support of the motion, the Plaintiffs rely on the accompanying memorandum of law, accompanying affidavit, and the Proposed Judgment. A copy of the Court's entry of default order (Doc. 29) is attached to this motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant its Motion and enter a Final Judgment against KRJS Corporation d/b/a Kavi Gupta Gallery pursuant to Federal Rule of Civil Procedure 55(b).

Dated: November 3, 2026

Respectfully submitted,

*/s/ Zain M. Jaffry*

Charles N. Insler - 6291652
Zain M. Jaffry - 6341627
**HEPLERBROOM LLC**
701 Market Street, Suite 1400
St. Louis, Missouri 63101
Telephone: 314-241-6160
Email: charles.insler@heplerbroom.com
Email: zain.jaffry@heplerbroom.com

*Counsel for Plaintiffs Barbara Karant and Karant + Associates*

**CERTIFICATE OF SERVICE**

I, Zain M. Jaffry, an attorney of record for the Plaintiffs in the above-entitled action, hereby certify and state that I caused to have served the ***Plaintiffs' Motion for Final Judgment Pursuant to Fed. R. Civ. P. 55(b) Against KRJS D/B/A KGVI Gupta Gallery,*** on the following attorneys of record via electronic mail on **November 3, 2026**

By: */s/ Zain M. Jaffry*